# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN WASHINGTON, JAMES CARTER, TIFFANY HAMMOND, GAVIN MOHRING, and ALCIDES CORTES, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>MAVIS TIRE SUPPLY LLC d/b/a MAVIS DISCOUNT TIRE<br><br>Defendant. | Case No.: 22-cv-10999<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, hereby move for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York  
August 15, 2023

Respectfully submitted,

By:    */s/ C. K. Lee*  
       C.K. Lee, Esq.  
       Lee Litigation Group, PLLC  
       148 West 24th Street, 8th Floor  
       New York, NY 10011  
       Tel: (212) 465-1180  
       Fax: (212) 465-1181  
       *Attorneys for Plaintiffs,*  
       *FLSA Collective Plaintiffs, and the Class*