UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN WASHINGTON, et al *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                      Plaintiffs,

v.

MAVIS TIRE SUPPLY LLC
   d/b/a MAVIS DISCOUNT TIRE,

                      Defendant.

Case No.: 1:22-cv-10999

**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant MAVIS TIRE SUPPLY LLC d/b/a MAVIS DISCOUNT TIRE ("Defendant"), having offered to allow Plaintiffs JUSTIN WASHINGTON, TIFFANY HAMMOND, JAMES CARTER, GAVIN MOHRING, ALCIDES CORTES, and MARDO PINEDA ("Plaintiffs") to take a judgment against it, in the sum of Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00), with respect to all of Plaintiffs' individual FLSA claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated February 7, 2024 and filed as Exhibit A to Docket Number 71;

    **WHEREAS**, on February 19, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 71);

    It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiffs JUSTIN WASHINGTON, TIFFANY HAMMOND, JAMES CARTER, GAVIN MOHRING, ALCIDES CORTES, and MARDO PINEDA, in the sum of $22,500.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated

February 7, 2024 and filed as Exhibit A to Docket Number 71. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: February 20, 2024
New York, New York

_____
U.S.D.J.